No. 345. ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY *v.* STATE OF OKLAHOMA ET AL. See *post*, p. 779.

No. 855. PETER LEMIEUX *v.* UNITED STATES AND SHAH BAH YAUST. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit. February 28, 1927. The motion for leave to proceed further herein in forma pauperis denied for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there is no ground upon which a writ of certiorari can be issued, application for which is therefore hereby also denied. The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody as provided in the order of October 29, 1926. *Mr. Webster Ballinger* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Parmenter,* and *Mr. Nat M. Lacey* for respondents.

No. 299. PAUL L. JAMES AND W. WILLIS HOUSTON, PARTNERS, TRADING AS PAN-HANDLE COAL COMPANY, *v.* NORFOLK AND WESTERN RAILWAY COMPANY. See *ante,* p. 662.

No. 812. FRANK WEEKE *v.* UNITED STATES. See *ante,* p. 662.

No. 784. DANIEL O'NEILL, HARRY LEVIN, AND MORRIS MULTIN *v.* UNITED STATES. February 28, 1927 Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Thomas J. Rowe, Jr.,* and *Charles A. Houts* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. John J. Byrne* for the United States.

No. 785. MICHAEL WHALEN *v.* UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

Messrs. *Thomas J. Rowe, Jr.*, and *Charles A. Houts* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt*, and *Mr. John J. Byrne* for the United States.

No. 786. NATHAN GOLDSTEIN v. UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Messrs. *Thomas J. Rowe, Jr.*, and *Charles A. Houts* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt*, and *Mr. John J. Byrne* for the United States.

No. 787. HARRY F. STRATTON v. UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Messrs. *Thomas J. Rowe, Jr.*, and *Charles A. Houts* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt*, and *Mr. John J. Byrne* for the United States.

No. 775. CITY OF WICHITA FALLS, TEXAS, v. UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Mr. Robert Ash* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway*, and *Mr. Alexander H. McCormick* for the United States.

No. 776. AMERICAN RAILWAY EXPRESS COMPANY v. UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Court of Claims denied. Messrs. *Benjamin S. Minor, H. Prescott Gatley, Hugh B. Rowland, Arthur P. Drury*, and *A. M. Hartung* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway*, and *Mr. Louis R. Mehlinger* for the United States.